1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH SALVESON, State Bar #83788
    Chief Labor Attorney
3   ROSE-ELLEN FAIRGRIEVE, State Bar # 181257
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Floor #5
5   San Francisco, California 94102-5408
    Telephone:      (415) 554-3845
6   Facsimile:      (415) 554-4248
    E-Mail:         rose-ellenfairgrieve@sfgov.org

7
    Attorneys for Defendant
8   City and County of San Francisco

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  ERICK S. JOHNSON,                      Case No. C 10-03531 CRB

13          Plaintiff,                     REQUEST FOR DISMISSAL AND
                                           STIPULATION; ~~PROPOSED~~ ORDER
14          vs.                            FRCP 41(a)(1)(B)

15  CITY AND COUNTY OF SAN
    FRANCISCO, PUBLIC UTILITIES
16  COMMISSION,

17          Defendant.

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL                                      n:\labor\li2010\110465\00674390.doc
*Erick S. Johnson v. CCSF*, C 10-03531 CRB

1   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2        Plaintiff's respectfully requests that the above-referenced matter be dismissed without

3   prejudice.  Defendant stipulates to such dismissal.

4   Dated: _____Jan . 19 2011_____

5

6                                              By:_____
                                                    ERICK S. JOHNSON
7                                                   Plaintiff, in *Pro-Se*

8

9   Dated: Jan 21, 2011

10                                                 DENNIS J. HERRERA
                                                   City Attorney
11                                                 ELIZABETH SALVESON
                                                   Chief Labor Attorney
12                                                 ROSE-ELLEN H. FAIRGRIEVE
                                                   Deputy City Attorney

13                                              By:_____
                                                    ROSE-ELLEN H. FAIRGRIEVE
14

15                                                 Attorneys for Defendant
                                                   CITY AND COUNTY OF SAN FRANCISCO
16

17                                      **ORDER**

18

19        The above-referenced matter is hereby dismissed without prejudice in accordance with the

20   parties' stipulation.

21        **IT IS SO ORDERED.**

22   Dated: __January 25, 2011_____

23                                              _____
                                                   HON. CHARLES R. BREYER
24                                                 United States District C

25

26

27

28

REQUEST FOR DISMISSAL                              1
*Erick S. Johnson v. CCSF*, C 10-03531 CRB                      n:\labor\li2010\110465\00674390.doc